

# NUMBER 13-19-00356-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ALEJO M. FALCON,**                                     **Appellant,**

**v.**

**ONE LAST CAST, LLC.,**                                     **Appellee.**

---

### On appeal from the County Court at Law No. 5
### Travis County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina**
**Memorandum Opinion by Chief Justice Contreras**

Appellant, Alejo M. Falcon, has filed a motion to dismiss this appeal on grounds the appeal is moot. Appellant states a writ of possession was issued and executed and there is no longer an issue in controversy. The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is

granted and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Chief Justice

Delivered and filed the 26th
day of September, 2019.